UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MOHAWK RESOURCES, LTD.,

                          Plaintiff,

         v.                                      6:06-CV-650

PKS EQUIPMENT & ENGINEERING, INC.;
and EXPORT DEVELOPMENT CANADA,

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

WHITEMAN, OSTERMAN & HANNA, L.L.P.    JOSEPH D. STINSON, ESQ.
Attorneys for Plaintiff                       NEIL L. LEVINE, ESQ.
One Commerce Plaza
Suite 1900
Albany, New York 12260

MacKENZIE HUGHES L.L.P.                CARTER H. STRICKLAND, ESQ.
Attorneys for Defendant PKS Equipment &
    Engineering, Inc.
101 South Salina Street
Suite 600
Syracuse, New York 13221-4967

SHEATS & ASSOCIATES, P.C.              EDWARD J. SHEATS, ESQ.
Attorneys for Defendant Export
   Development Canada
9646 Brewerton Road
P.O. Box 820
Brewerton, New York 13029

DAVID N. HURD
United States District Judge

# O R D E R

       Defendant  Export Development Canada ("EDC") moves for reconsideration of the

memorandum-decision and order dated December 20, 2006, and for re-argument of the

issues related thereto.  Plaintiff opposes.

"The major grounds for justifying reconsideration are an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent a manifest injustice." Virgin Atlantic Airways, Ltd. v. Nat'l Mediation Bd., 956 F.2d 1245, 1255 (2d Cir.1992) (internal quotation marks omitted).

In this case, EDC has simply failed to meet its burden in showing that reconsideration or re-argument is justified.  As stated in the memorandum-decision and order at issue:

> Pursuant to a request, defendants have submitted a stipulation demonstrating that the receivables assigned to EDC are separate from the receivables sought by PKS in its counterclaim.  However, the validity of all the receivables are based upon common issues of law and fact. Judicial economy requires that the issues be resolved in one rather than multiple actions.

Mohawk Res., Ltd. v. PKS Equip. & Eng'g, Inc., 6:06-CV-650 (N.D.N.Y. Dec. 20, 2006) (memorandum-decision and order).

Therefore, it is hereby ordered that defendant EDC's motion for reconsideration and re-argument is DENIED.

IT IS SO ORDERED.

United States District Judge

Dated:  April 6, 2007
         Utica, New York

- 2 -